| | | | |
|---|---|---|---|
| K.H., In Interest of | 17–0384 | 05/17/2017 | Reversed and Remanded |
| L.K., In Interest of | 17–0406 | 05/17/2017 | Reversed and Remanded on both Appeals |
| C.C., In Interest of | 17–0414 | 05/17/2017 | Affirmed on both Appeals |
| D.K., In Interest of | 17–0426 | 05/17/2017 | Affirmed |
| I.B., In Interest of | 17–0429 | 05/17/2017 | Appeal Dismissed |
| J.R., In Interest of | 17–0443 | 05/17/2017 | Affirmed |
| A.R., In Interest of | 17–0454 | 05/17/2017 | Affirmed |
| S.S., In Interest of | 17–0459 | 05/17/2017 | Affirmed |